UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOURCE DIGITAL, INC., Plaintiff/Counter-Defendant, -v- MICHAEL GRECCO PRODUCTIONS, INC., Defendant/Counter-Claimant. | 24-CV-02377 (JAV) ORDER |

JEANNETTE A. VARGAS, United States District Judge:

For the reasons stated on the record during the conference held earlier today, the parties are **ORDERED** to submit motions *in limine*, if any, no later than **September 11, 2026**. Oppositions shall be due **September 25, 2026.**

The parties are **FURTHER ORDERED** to file—in accordance with the Court's Individual Rules and Practices in Civil Cases—proposed *voir dire* questions; proposed requests to charge; proposed verdict forms no later than **September 25, 2026**;

The parties are **FURTHER ORDERED** to appear for a final pre-trial conference with the Court on **October 9, 2026, at 11:00 AM**, in Courtroom 11B, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007;

The parties are **FURTHER ORDERED** to appear for a jury trial on **October 20-21, 2026**, in Courtroom 11B, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: July 28, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge